**Exhibit A to the Complaint**

**Location:** Phoenixville, PA  **IP Address:** 74.103.173.197
**Total Works Infringed:** 26  **ISP:** Verizon Fios

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: D70FA2AACD1E5D7CCCEE25DFC8AFF5D13D48A37F<br>File Hash:<br>7A059469F2FF13160DE8F4D1943290115257D55B2CACA8A07187432F689C55C1 | 06-05-2023 11:40:29 | Tushy | 06-04-2023 | 06-09-2023 | PA0002415359 |
| 2 | Info Hash: A7075B19A2CE14111163AAB86DF822E6C017C846<br>File Hash:<br>122041AEA9A0038B9A8B1D272ED4A6B48EAE3DA7C0353BBA7C01705767460451 | 05-24-2023 17:48:53 | Vixen | 05-19-2023 | 06-09-2023 | PA0002415364 |
| 3 | Info Hash: 81F397DCF1A4D0D15398516CF3287F7F8C0EF9E3<br>File Hash:<br>263BDE1AC6C181EEFB9D4ECD6B073F68E4ECB22381DBDC93545527985806DA9D | 05-22-2023 15:51:32 | Tushy | 05-21-2023 | 06-09-2023 | PA0002415379 |
| 4 | Info Hash: 768FEBBF87383AC1B5FE2F827B423121E480949E<br>File Hash:<br>E0DCE91A519211C3C8BCF1E67A6F8BEDA4E91B3DB0BAE2C4AC3E554860AD484C | 05-17-2023 12:07:26 | Vixen | 05-12-2023 | 06-09-2023 | PA0002415370 |
| 5 | Info Hash: 0DE841A980858DFFE0C3E3ABFD277502D2D45FF0<br>File Hash:<br>BCF50FC6478AEABF10B52DC99C4A90766D87D95197AA137A553395C221355662 | 05-15-2023 15:32:32 | Tushy | 05-14-2023 | 06-09-2023 | PA0002415365 |
| 6 | Info Hash: C990E27DD9E35E65BA0AC86DF1E223F5D1042FB8<br>File Hash:<br>4CC2ED27B58026B705993370F1DF0AFDD48830B4755038F1C95CA8E637B5F3F8 | 05-01-2023 11:49:29 | Vixen | 04-28-2023 | 05-15-2023 | PA0002411258 |
| 7 | Info Hash: CD95167EE550C01A551B781C5014256703ECC4EB<br>File Hash:<br>45AF554A3A91083852BAAF3D5061A6325041DFD6440ACB8C2F3BAEFBFD7FA38D | 05-01-2023 11:44:40 | Tushy | 04-30-2023 | 05-14-2023 | PA0002411311 |
| 8 | Info Hash: C66C68567B410A9898F2F6EF8AB001B4C1D3C212<br>File Hash:<br>281B4A3DEA06D447CEB4A72C07D4655F60123C065059DF7CB9509D58023EEF91 | 04-25-2023 12:46:28 | Vixen | 04-21-2023 | 05-15-2023 | PA0002411310 |
| 9 | Info Hash: C223BDA54AB833E022ADE6E04422BCB8DF07DF32<br>File Hash:<br>606EBB13065FED4EACBA22B60CB97391ED0B2902AD956E7F0FBD06F3D76DF0D4 | 04-24-2023 12:33:05 | Tushy | 04-23-2023 | 05-14-2023 | PA0002411314 |
| 10 | Info Hash: 175E0D095B52ACC2F7E9868B5120A097C7B8E4DA<br>File Hash:<br>E8052046FFEA1F18BF916315ABD15D08CD6820977511CB37A0D95D05E529186C | 04-04-2023 13:36:36 | Vixen | 03-31-2023 | 04-09-2023 | PA0002405749 |
| 11 | Info Hash: 60BCCBB0AC4CBFF8FF0BA4FCBD32E5FA3BAADD16<br>File Hash:<br>345121A9C591335279FF008033711FDFF7C4866946F7AD249AF1061E591BE2E7 | 03-27-2023 10:52:55 | Vixen | 03-24-2023 | 04-10-2023 | PA0002405937 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 12 | Info Hash: 467072A450A63C52480B37FEFC6B23ED52BCB272<br>File Hash: 0515FC6FA4FA71DD488AFE6B40CA2CAC036A162D36EAE72020E657FE8739B909 | 02-13-2023 13:19:08 | Tushy | 02-12-2023 | 03-07-2023 | PA0002400309 |
| 13 | Info Hash: FB6BFDAF067A4E9827953805F1B89552A265C958<br>File Hash: 3D513F243A66F2EFE95E19AA48EAC9B190B0D3CC43E382A3278179EC7114E513 | 02-13-2023 12:44:24 | Vixen | 02-10-2023 | 03-08-2023 | PA0002400313 |
| 14 | Info Hash: 6FB4BCF45E0363780263D72FF9CA94A4FF34D70B<br>File Hash: FF72212027161FE154904D9EB1F770E854F8321B48A8EBBBB83DCFEAA89C21A8 | 01-30-2023 12:33:43 | Vixen | 01-27-2023 | 04-13-2023 | PA0002406898 |
| 15 | Info Hash: 3FBEAF8E03174138316808AACE0F870F4A60FB3F<br>File Hash: 0BB3E0956F53D7007A153057B6F49B3438560CBBBB51BA0324AB3484035944CE | 01-17-2023 13:15:57 | Tushy | 01-15-2023 | 01-27-2023 | PA0002393083 |
| 16 | Info Hash: CDB1106FC5F3B15A00CC247425C847F24EE0627F<br>File Hash: 242EFA88F1FD901B451CBB5931E6F729D760B021CB776DF4443A09556D64FF0E | 01-17-2023 12:31:22 | Vixen | 01-13-2023 | 01-27-2023 | PA0002393077 |
| 17 | Info Hash: 3288E1B15FBABC29A6EFD53A33AED22403A0FED7<br>File Hash: 5664136B8F7CBBC79F414F877E5C49BC69B2E19CF2643EC8340106AF1B4D994F | 12-19-2022 12:38:39 | Vixen | 12-16-2022 | 01-10-2023 | PA0002389621 |
| 18 | Info Hash: 4044E985FD1D686F1001A93A90D3E209D6467C04<br>File Hash: 38EDF865378CD7260D9D27DC49DBDBC85D6EB9F46D6746DC00C9719A7A4314E4 | 12-13-2022 15:29:16 | Vixen | 12-09-2022 | 02-21-2023 | PA0002401000 |
| 19 | Info Hash: 808D0DACC7E9FBB35EE771957354DFF788D34F47<br>File Hash: C1168F6A49577C2D26E15D18ED3F1EDE7096F3EAAD0B5A53F4CACE7672C77937 | 12-13-2022 15:04:35 | Tushy | 12-11-2022 | 01-10-2023 | PA0002389623 |
| 20 | Info Hash: 89C58C66D343F338D5F2A7B1B7FDC6DFB12C7050<br>File Hash: 62EEE16EFC2EA791C25B323955530CAC9F89AB9D7FBBB5BBC6ED49E1669F0A31 | 11-14-2022 12:07:52 | Vixen | 11-11-2022 | 12-11-2022 | PA0002384688 |
| 21 | Info Hash: 8BA41798E33B659C6AB6BE1F5970479FC27BE064<br>File Hash: 918D5BEC584BD604582A22D42C1B6919C6FDE585CD60660FAF08C8A97738DF9C | 11-07-2022 12:25:10 | Vixen | 11-04-2022 | 12-11-2022 | PA0002384755 |
| 22 | Info Hash: 68FE67AB258A0D6022E32F1150E9C35596E4E767<br>File Hash: EDAC6D7360617F459F5927A39F705009B879937E579E603D4CCCD1A9E44A3110 | 10-24-2022 11:30:20 | Vixen | 10-21-2022 | 11-01-2022 | PA0002378075 |
| 23 | Info Hash: 5772AE7E6D8B410D2202D6F383CEA82F018D1500<br>File Hash: D23FD1BA4E681A12FFAA6CB5EF214DE079C15779B1BD4C67C26E8ED3BF9998CF | 10-10-2022 12:40:21 | Tushy | 10-09-2022 | 11-27-2022 | PA0002389321 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 24 | Info Hash: B664491ECF005F0F196B8A1FBF69B2DF31F03B4A<br>File Hash:<br>16DD10031D63C17B5F0170F4F4FACF6AE53C50E1CA671EF54563CE31CD79D211 | 10-10-2022<br>11:50:35 | Vixen | 10-07-2022 | 11-24-2022 | PA0002389323 |
| 25 | Info Hash: BFAE234339BBE35D844A4EE4133C90406DF7B3E8<br>File Hash:<br>F8D7494A0822F44A156C1B9FE51CF24B35ECC74999B8F94853470ADCE2ED2187 | 10-03-2022<br>15:35:43 | Vixen | 09-30-2022 | 10-31-2022 | PA0002377819 |
| 26 | Info Hash: F22075A0505B9935BB0640E8C718705D426CF5FC<br>File Hash:<br>AFD3ABD103304F7755604EED737040E05E0B62C8C95C299FC6302BDD491C4E61 | 09-27-2022<br>11:08:41 | Tushy | 09-25-2022 | 10-05-2022 | PA0002373771 |